**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PRIMEDIA INC.** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **VS.** | : | **C.A. NO.** |
| | : | |
| **CARITAS CHRISTI, A MASSACHUSETTS** | : | |
| **CORPORATION, D/B/A AND/OR ITS AFFILIATES,** | : | |
| **CARITAS WOMEN'S HEALTH NETWORK** | : | |
| **CARITAS ST. ELIZABETH'S** | : | CA 06 449ML |
| **CARITAS ST. ANNE'S HOSPITAL** | : | |
| **CARITAS NORWOOD HOSPITAL** | : | |
| **CARITAS HOME CARE** | : | |
| **CARITAS HOLY FAMILY HOSPITAL** | : | |
| **CARITAS GOOD SAMARITAN** | : | |
| **CARITAS DOCTOR FINDER** | : | |
| **CARITAS CARNEY HOSPITAL** | : | |
| **CARITAS – LABOURE COLLEGE** | : | |
| | : | |
| **Defendants** | : | |

**COMPLAINT**
**COUNT I**

1. Plaintiff is a corporation duly organized under the laws of the State of Rhode Island and has its principal place of business located in the City of Warwick, County of Kent, State of Rhode Island.

2. Defendant is a corporation duly organized under the Commonwealth of Massachusetts and has its principal place of business located within the County of Boston, County of Suffolk, Commonwealth of Massachusetts.

3. All of Defendant's corporations and/or hospitals are all incorporated within the Commonwealth of Massachusetts.

4. Defendants herein are indebted to Plaintiff for services rendered on their behalf and upon their specific request in the sum of Two Hundred Thirty-Four Thousand, Nine Hundred Twenty-Three and 99/100 ($234,923.99) Dollars.

5. That despite demands made upon the Defendant, no further payments, which are now due and owing, have been forthcoming.

WHEREFORE, Plaintiff demands judgment against the Defendants in the sum of Two Hundred Thirty-Four Thousand, Nine Hundred Twenty-Three and 99/100 ($234,923.99) Dollars plus interest, costs and a reasonable attorney's fee.

**COUNT II**

6. Plaintiff incorporates Paragraphs One (1) through Five (5) of Count I of Plaintiff's Complaint.

7. Defendant's are indebted to Plaintiff in the sum of Two Hundred Thirty-Four Thousand, Nine Hundred Twenty-Three and 99/100 ($234,923.99) Dollars based upon an open book account.

8. That despite demands made upon the Defendant, no funds have been received.

WHEREFORE, Plaintiff demands judgment against the Defendants in the sum of Two Hundred Thirty-Four Thousand, Nine Hundred Twenty-Three and 99/100 ($234,923.99) Dollars plus interest, costs and a reasonable attorney's fee.

**COUNT III**

9. Plaintiff incorporates Paragraphs One (1) through Eight (8) of Count I and II of Plaintiff's Complaint.

10. The parties entered into an agreement wherein Plaintiff was to provide for Defendant, and its affiliates, the necessary research relating to the placement of media to the public and the actual placement of said media, as delineated in that certain document dated September 20, 2005, a copy of which is attached herein.

11. That pursuant to that agreement, Plaintiff proceeded to perform its obligations for the benefit of the Defendant.

12. Plaintiff, as required, sent invoices to Defendant for the services as performed per their agreement.

13. The Plaintiff, per the agreement, has an outstanding debt due them in the sum of Two Hundred Thirty-Four Thousand, Nine Hundred Twenty-Three and 99/100 ($234,923.99) Dollars as reflected in the statement of outstanding invoice, attached herein.

14. Plaintiff has demanded payment pursuant to the terms of the contract and Defendant has failed to make payment as required of it.

15. That despite demands made upon the Defendant, no funds have been received.

WHEREFORE, Plaintiff demands judgment against the Defendants in the sum of Two Hundred Thirty-Four Thousand, Nine Hundred Twenty-Three and 99/100 ($234,923.99) Dollars plus interest, costs and a reasonable attorney's fee.

PRIMEDIA INC.
By its Attorney,

Marc D. Wallick, Esq. (#2152)
WALLICK & ASSOCIATES, LTD.
51 Jefferson Boulevard
Warwick, RI 02888
(401) 461-0100

DATED: October 10, 2006

dm c:\docs\comp-primedia

PriMedia Inc. – Caritas Christi Health Care
Compensation Terms and Letter of Agreement
Marketing, Creative, Account and Media Buying Services

1) Media Research, Planning and Placement

PriMedia Inc. will research, plan and place all media necessary for initial tests and/or all future media flights, as well as reconcile all invoices after buys are complete (and arrange for credits and/or makegoods for pre-empted spots/ads, or spots/ads that do not run correctly, i.e., doublespotting, poor rotation, etc.) in exchange for the standard 15% agency commission on each buy.

If the buy is planned, but not placed, PriMedia will bill a straight 10% of the amount of the buy for all media plans requested that are not actually placed.

If the buy is planned, placed and then cancelled, PriMedia will bill 5% in the event of circumstances beyond the client's control, 10% otherwise.

For media plans requested on a project basis or for first time clients, PriMedia will submit an estimated cost, based on the following hourly rates, payable in advance, which will be credited against our 15% commission if an actual buy takes place and we actually place it; Otherwise, no credit will be given.

Hourly basis for all media-related work performed, based on the following hourly rate structure:

Media Research .................................................. $ 80 per hour
Media Planning, Negotiation and Placement .................$100 per hour
Strategic Media Consultation and Direction...................$120 per hour
Executive Strategic Media Consultation and Direction...... $150 per hour

2) Account Service Time

All non-media related account service time will be billed at the following rates:

Account Service
(Including meetings, travel-time, phone-time and report preparation)

Clerical/Administrative ........................................ $ 60 per hour
Account Executive .............................................$ 100 per hour
Executive Level ............................................. $150 per hour

If you prefer, we can meet with you and discuss in detail the scope of your project and submit a price for these services (as well as creative services) on a project basis. If we do so, our estimate will not include Author's Alterations (AA's), extra hours or assignments not previously discussed, or necessitated by client changes, and any shipping, phone, fax and/or postage charges (which will be billed as near as possible to actual cost with a small mark-up to cover overhead).

3) Direct Marketing - Creative Services and Production

Creative services such as conceptual development, scriptwriting, creative direction, producing, etc., will be billed at the following hourly rates:

| | |
|---|---|
| Staff Support and travel time.................................... | $ 50 per hour |
| Creative Direction, Executive Producing ...................... | $125 per hour |
| Conceptual Development, Scriptwriting ...................... | $150 per hour |
| Account service time.............................................. | $125 per hour |

Ad design, art direction, shooting, editing, radio and video production charges will be billed at the cost negotiated with the vendor and/or affiliated firm, plus 20% mark-up.

Again, if you prefer, we are willing to sit down with you, discuss your objectives, propose a detailed estimate and budget for developing a creative solution that includes all costs and compensation, (including talent, photography, etc.) and then, working with you to produce the creative based on pre-approved concepts, scripts, comps, etc.

This quote will not include phone, fax, shipping, dub, postage and similar "out-of-pocket" expenses that will be determined based on actual costs with a 10% mark-up to cover overhead and administrative expenses related to these costs and services. Any additional costs brought about by AA's (changes after the fact), new client requests, unanticipated expenses, etc., will be brought to your attention and approved by you before any extra work is done, or a non-estimated expense is incurred, if such work would cause us to exceed the approved budget.

Our standard procedure is for all media invoices to be sent to us for reconciliation and then forwarded to our clients for direct payment of the NET amount of the invoice. We will bill you for the 15% commission separately once the buy is complete. If this is not acceptable to you, we are willing to consider alternatives. (such as gross billing and payment of all vendor invoices through PriMedia Inc.).

All account service and creative service charges can be billed on a monthly retainer basis (and will include an hourly breakdown and description of services performed). Broadcast production charges are billed partially in advance with the balance due either upon project completion or within 30 days, based on client approved estimates, since a very high percentage of these charges are often used to cover actual "out-of-pocket" pre-production and production expenses.

4) Market, Demographic and Competitive Research

PriMedia will quote prices for this type of research, outside the normal parameters of ratings information required to place a buy on a "per project" basis, based on the specific research information requested (sources include Competitive Media Reporting, MRI/Simmons, Nielson and Arbitron). If the quoted price is accepted, the research will not be provided until paid for, since the majority of the cost is an "out-of-pocket" expense.

I acknowledge having seen, and agree to, the compensation terms listed above, for the period of October 1, 2005 through September 30, 2006. I further agree that termination of this agreement, or any portion of this agreement ( i.e. with any of the individual Caritas Christi Hospitals), requires a minimum of ninety (90) days written notice and an early termination fee of $ 35,000 to offset unexpected loss of billings for the remainder of the contract term. If no notice is given within sixty (60)days of stated expiration date, this contract will automatically renew for a period of twelve (12) months under the same terms and conditions.

9/20/05

Christine Baratta
Senior Vice President of
Communications and Marketing
Caritas Christi Health Care
(and Caritas St. Elizabeth's Medical Center, Caritas Norwood Hospital, Caritas Good Samaritan Medical Center, Caritas Holy Family Hospital, , St. Anne's Hospital, Caritas Carney Hospital and affiliated Caritas Christi organizations)

Date: September 20, 2005

**PriMedia Inc.**
**CCHCS Open Invoices**
**As of October 5, 2006**

| Hospital | Date | Num | Memo | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|
| Caritas Women's Health Network | 08/17/06 | 12355 | 8/06 PRODUCTION | 08/17/06 | 49 | $ 988.40 |
| Caritas Women's Health Network Total | | | | | | 988.40 |
| Caritas St. Elizabeth's | 07/10/06 | 12194 | 8/06 PRINT | 07/10/06 | 87 | 2,872.80 |
| Caritas St. Elizabeth's | 07/10/06 | 12196 | 6/06 VERIZON | 07/10/06 | 87 | 2,712.05 |
| Caritas St. Elizabeth's | 08/01/06 | 12262 | SEP/OCT-06 PRINT | 08/01/06 | 65 | 3,323.44 |
| Caritas St. Elizabeth's | 08/07/06 | 12245 | 8/06 PriMedia cancellation fee - Planned not placed | 08/07/06 | 59 | 20,779.30 |
| Caritas St. Elizabeth's | 08/08/06 | 12316 | 8/06 WBZ AFTRA CONTRACT | 08/08/06 | 58 | 570.00 |
| Caritas St. Elizabeth's | 08/11/06 | 12335 | 7/06 VERIZON | 08/11/06 | 55 | 2,712.07 |
| Caritas St. Elizabeth's | 09/29/06 | 12493 | 9/06 Verizon Contract 2007 | 09/29/06 | 6 | 4,325.71 |
| Caritas St. Elizabeth's Total | | | | | | 37,295.37 |
| Caritas St. Anne's Hospital | 08/01/06 | 12265 | 9/06 BILLBOARD | 08/01/06 | 65 | 4,050.00 |
| Caritas St. Anne's Hospital | 08/11/06 | 12330 | 7/06 VERIZON | 08/11/06 | 55 | 1,565.03 |
| Caritas St. Anne's Hospital | 08/18/06 | 12363 | 8 & 9/06 VERIZON | 08/18/06 | 48 | 3,130.06 |
| Caritas St. Anne's Hospital | 08/21/06 | 12373 | 9/06 RADIO | 08/21/06 | 45 | 12,486.00 |
| Caritas St. Anne's Hospital | 08/29/06 | 12392 | 10/06 - 6/07 Billboard Commission | 08/29/06 | 37 | 5,467.50 |
| Caritas St. Anne's Hospital | 08/29/06 | 12396 | 10/06-End Verizon Commission | 08/29/06 | 37 | 1,066.27 |
| Caritas St. Anne's Hospital | 08/30/06 | 12409 | 11/06 Verizon commission | 08/30/06 | 36 | 1,175.32 |
| Caritas St. Anne's Hospital | 09/01/06 | 12421 | 9/06 TALENT FEE | 09/01/06 | 34 | 610.72 |
| Caritas St. Anne's Hospital Total | | | | | | 29,550.90 |
| Caritas Norwood Hospital | 07/10/06 | 12207 | 6/06 VERIZON | 07/10/06 | 87 | 2,937.05 |
| Caritas Norwood Hospital | 08/01/06 | 12264 | 9/06 BILLBOARD | 08/01/06 | 65 | 8,529.41 |
| Caritas Norwood Hospital | 08/11/06 | 12340 | 7/06 VERIZON | 08/11/06 | 55 | 1,752.38 |
| Caritas Norwood Hospital | 08/18/06 | 12370 | 8 & 9/06 VERIZON | 08/18/06 | 48 | 3,504.76 |
| Caritas Norwood Hospital | 08/30/06 | 12399 | 10/06-End Verizon Commission | 08/30/06 | 36 | 1,459.34 |
| Caritas Norwood Hospital | 09/29/06 | 12489 | 9/06 Verizon Contract 2007 | 09/29/06 | 6 | 913.76 |
| Caritas Norwood Hospital Total | | | | | | 19,096.70 |
| Caritas Home Care | 09/29/06 | 12491 | 9/06 Verizon contract 2007 | 09/29/06 | 6 | 78.35 |
| Caritas Home Care Total | | | | | | 78.35 |
| Caritas Holy Family Hospital | 08/18/06 | 12364 | 8 & 9/06 VERIZON | 08/18/06 | 48 | 2,087.08 |
| Caritas Holy Family Hospital | 08/29/06 | 12398 | 10/06-End Verizon commission | 08/29/06 | 37 | 1,440.36 |
| Caritas Holy Family Hospital Total | | | | | | 3,527.44 |
| Caritas Good Samaritan | 06/26/06 | 12102 | 5/06 NAIL - PRINT AD | 06/26/06 | 101 | 130.00 |
| Caritas Good Samaritan | 07/10/06 | 12206 | 6/06 VERIZON | 07/10/06 | 87 | 1,213.95 |
| Caritas Good Samaritan | 08/11/06 | 12331 | 7/06 VERIZON | 08/11/06 | 55 | 1,213.96 |
| Caritas Good Samaritan | 08/18/06 | 12361 | 8 & 9/06 VERIZON | 08/18/06 | 48 | 2,427.92 |

**PriMedia Inc.**
**CCHCS Open Invoices**
**As of October 5, 2006**

| | | | | | |
|---|---|---|---|---|---|
| Caritas Good Samaritan | 08/29/06 12394 | 10/06-End Verizon Commission | 08/29/06 | 37 | 815.72 |
| Caritas Good Samaritan | 09/29/06 12490 | 9/06 Verizon contract 2007 | 09/29/06 | 6 | 1,214.44 |
| Caritas Good Samaritan Total | | | | | 7,015.99 |
| Caritas DoctorFinder | 08/01/06 12240 | JUN/JUL06 ACT SERV | 08/01/06 | 65 | 750.00 |
| Caritas DoctorFinder | 08/01/06 12266 | 6/06 DIRECT MAIL | 08/01/06 | 65 | 22,136.73 |
| Caritas DoctorFinder | 08/02/06 CaritaBadCk | Dr. Finder Ck#29947 Returned for Inv#12201 + $7 Fee | | | 3,906.47 |
| Caritas DoctorFinder | 08/11/06 12342 | 7/06 VERIZON | 08/11/06 | 55 | 4,705.41 |
| Caritas DoctorFinder | 08/18/06 12371 | 8 & 9/06 VERIZON | 08/18/06 | 48 | 8,949.64 |
| Caritas DoctorFinder | 08/23/06 12379 | 7/06 DIRECT MAIL 2 OF 3 | 08/23/06 | 43 | 7,754.88 |
| Caritas DoctorFinder | 08/30/06 12402 | 10/06-end Verizon Commission | 08/30/06 | 36 | 3,960.51 |
| Caritas DoctorFinder | 08/30/06 12408 | 11/06 Verizon commission | 08/30/06 | 36 | 622.58 |
| Caritas DoctorFinder | 09/29/06 12488 | 9/06 Verizon Contract for 2007 | 09/29/06 | 6 | 3,617.36 |
| Caritas DoctorFinder Total | | | | | 56,403.58 |
| Caritas Christi | 06/27/06 12125 | 4/06 WEB REDESIGN BALANCE | 06/27/06 | 100 | 4,935.50 |
| Caritas Christi | 08/16/06 12241 | JUN/JUL06 ACT SERV | 08/16/06 | 50 | 9,150.00 |
| Caritas Christi | 08/16/06 12242 | 6/06 PriMedia cancellation fee - TV | 08/16/06 | 50 | 6,888.88 |
| Caritas Christi | 08/16/06 12243 | 7/06 PriMedia cancellation fee - Web | 08/16/06 | 50 | 20,462.44 |
| Caritas Christi | 08/16/06 12244 | 8/06 PriMedia cancellation fee - Contract | 08/16/06 | 50 | 35,000.00 |
| Caritas Christi Total | | | | | 76,436.82 |
| Caritas Carney Hospital | 08/11/06 12332 | 7/06 VERIZON | 08/11/06 | 55 | 968.84 |
| Caritas Carney Hospital | 08/18/06 12362 | 8 & 9/06 VERIZON | 08/18/06 | 48 | 1,872.37 |
| Caritas Carney Hospital | 08/29/06 12395 | 10/06-end Verizon Commission | 08/29/06 | 37 | 491.48 |
| Caritas Carney Hospital | 09/29/06 12492 | 9/06 Verizon contract 2007 | 09/29/06 | 6 | 982.80 |
| Caritas Carney Hospital Total | | | | | 4,315.49 |
| Caritas - Laboure College | 08/30/06 12407 | 10/06-End Verizon commission | 08/30/06 | 36 | 214.95 |
| Caritas - Laboure College Total | | | | | 214.95 |
| Grand Total | | | | * | $ 234,923.99 |