AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

PriMedia Inc.

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: CA 06 449 ML

Caritas Christi, A Massachusetts Corporation, d/b/a and/or its Affiliates, et al.

TO: (Name and address of defendant)

John B. Chessari, M.D.
President of Caritas Christi
736 Cambridge Street
Boston, MA 02135

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ______ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 10/12/06

(BY) DEPUTY CLERK

FILED

2006 NOV -1 A 10: 23

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 961-6999

*Suffolk, ss.*

October 27, 2006

I hereby certify and return that on 10/25/2006 at 12:35PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Lisa Morgan, Secretary, agent and person in charge at the time of service for John B. Chessari, M.D., 736 Cambridge Street, Boston, MA 02135. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff Edward J. Tobin

*Deputy Sheriff*

RETURN OF SERVICE

DATE

Other (specify):

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date ______ Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.