**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**PRIMEDIA, INC.**

**VS.** **C.A. NO. 06-449 ML**

**CARITAS CHRISTI, A MASSACHUSETTS CORPORATION, ET AL.**

**DEFENDANTS' ANSWER**

I. First Defense.

Improper venue.

II. Second Defense.

The plaintiff has failed to effect proper service of process on some or all of the defendants.

III. Third Defense.

The complaint fails to state the basis of this Court's subject matter jurisdiction.

IV. Fourth Defense.

To the extent that the Plaintiff relies upon diversity jurisdiction, the amount in controversy for some or all of the claims asserted is insufficient for the Court to exercise such subject matter jurisdiction.

V. Fifth Defense.

There are insufficient contacts between or among the defendants, or single defendant, with the State of Rhode Island for this Court to exercise personal jurisdiction over the defendants, or any single defendant.

VI. Sixth Defense.

As to each factual allegation of the complaint, these defendants respond to the correspondingly numbered paragraphs of the Complaint as follows. As used herein, "unknown" means that these defendants are without sufficient knowledge of the facts to form a good faith belief as to the truth of the allegation.

Count I

1. Unknown.

2. Admitted.

3. Each named defendant is a corporation formed and in good standing under Massachusetts law and carrying on its activities within the Commonwealth of Massachusetts. Otherwise, denied.

4. These defendants admit that the plaintiff entered into one or more contracts to provide services. It is unknown whether there is a single contract or a series of contracts and whether any defendant is a party to any sucy contract, such that each defendant is liable for only its own contract and not liable for alleged non-performance of other contracts. Otherwise, unknown.

5. Unknown.

Count II

6. These defendants incorporate by reference their responses to the correspondingly numbered paragraphs of the complaint.

7. Denied.

8. Unknown.

Count III

9. These defendants incorporate by reference their responses to the correspondingly numbered paragraphs of the complaint.

10. The agreement attached to the complaint purports to be an agreement between plaintiff and an entity entitled "Caritas Christi Healh Care", which is not a party to this action. Otherwise, unknown.

11. Unknown.

12. Unknown.

13. Unknown.

14. Unknown.

15. Unknown.

Wherefore, defendants demand judgment dismissing the action with costs.

Defendants,

By_______________________
William T. Murphy
William T. Murphy Law Offices, Inc.
312 Turks Head Building
P.O. Box 9623
Providence, RI 02940-9623
Tel: 401-459-6700
Fax: 401-751-5931

Certificate of Service

I, the undersigned, certify that I served a copy of the above upon counsel of record in a manner authorized by the Rules of Civil Procedure and the Rules of this Court on 11-29-2006

_______________________