**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PRIMEDIA, INC.** | : | |
| | : | |
| **VS.** | : | **C.A. NO.: 06-449 ML** |
| | : | |
| **CARITAS CHRISTI, A MASSACHUSETTS CORPORATION, ET AL.** | : | |

# DISMISSAL STIPULATION

This matter having been settled may now be dismissed with prejudice. Each party shall bear its own fees and costs.

PRIMEDIA, INC.
By its Attorney,

/s/ Marc D. Wallick______________________
Marc D. Wallick, Esq. (#2152)
WALLICK & ASSOCIATES, LTD.
51 Jefferson Boulevard
Warwick, RI 02888
(401) 461-0100

TO: William T. Murphy, Esq.
William T. Murphy Law Offices, Inc.
312 Turks Head Building
P.O. Box 9623
Providence, RI 02940

DATED: April 2, 2007

dm c:\docs\dism-stip-caritas